```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )            4:06CR3018
         v.                    )
                               )
NHO LONG NGUYEN,               )
                               )              ORDER
              Defendant.       )
                               )
```

     IT IS ORDERED:

     1.  The motion of James H. Hoppe to withdraw as counsel for defendant, filing 11, is granted.

     2.  Plaintiff's motion and request for clarification of attorney, filing 10, is therefore denied as moot.

     DATED this 7th day of February, 2006.

                                   BY THE COURT:

                               s/ *David L. Piester*
                               David L. Piester
                               United States Magistrate Judge