FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAR 27  PM 12:59

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:06CR3018 |
| Plaintiff, ) | |
| vs. ) | |
| NHO LONG NGUYEN, ) | ORDER |
| Defendant. ) | |

On this 27th day of March, 2006, this matter came before the Court on defendant's Motion to Amend Conditions of Pre-Trial release. The Court after being fully advised on the premises, hereby finds that defendant's motion shall be sustained.

WHEREFORE, It is Hereby Ordered, that defendant is hereby released from the condition of Pre-trial release requiring him to reside at CH, Inc., in Council Bluffs, IA. Defendant, shall be allowed to reside with his wife and children in the couple's family home in Lincoln, NE.

Dated this 27 day of March, 2006.

BY THE COURT.

_____
The Honorable David L. Piester,
United States Magistrate Judge